Lon A. Jenkins (4060)
Tami Gadd (12517)
MaryAnn Bride (13146)
Katherine T. Kang (14457)
OFFICE OF THE CHAPTER 13 TRUSTEE
465 South 400 East, Suite 200
Salt Lake City, Utah  84111
Telephone: (801) 596-2884
Facsimile: (801) 596-2898
Email: utahtrusteemail@ch13ut.org

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| **IN RE:** | **CASE: 22-23917** |
| Randy Lynn Bolton | **CHAPTER 13** |
| **Debtor** | Hon. **WILLIAM T. THURMAN** |

## TRUSTEE'S CONTINUING OBJECTION TO CONFIRMATION

The Standing Chapter 13 Trustee, hereby objects to confirmation based on the following unresolved issues:

   1. As of December 07, 2022 the Debtors are now $140.00 delinquent for payments owing through November 2022.

   2. The Debtor(s) list on Schedule J expenses for auto payment, auto insurance and transportation of $861.00.  The Debtor(s) has surrendered the vehicle in the Chapter 13 Plan and should remove expenses from Schedule J.

   THEREFORE, the Trustee has an ongoing objection to the confirmation.

Dated: December 7, 2022          LAJ /S/
                                                               LON A. JENKINS
                                                                CHAPTER 13 TRUSTEE

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a true and correct copy of the foregoing Continuing Objection to Confirmation was served upon all persons entitled to receive notice in this case via ECF Notification or by U.S. Mail to the following parties on December 07, 2022:

ANDREW T. CURTIS, ECF Notification

                                                                                      /s/ Rachel Rees